UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANY MERCADO, as LEGAL GUARDIAN of S.S.M., a MINOR,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB, and JOHN DOES 1-50,**<br><br>**Defendants.** | **CASE NO.: 2:25-cv-03948** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby dismisses the above-referenced action in its entirety without prejudice.

Dated: July 29, 2025

                                      Respectfully submitted,

                                      **Saltz Mongeluzzi Barrett & Bendesky**

                                       */s/ David L. Kwass*
                                      David L. Kwass
                                      One Liberty Pl., 52nd FL
                                      1650 Market St.
                                      Philadelphia, PA 19103
                                      (215) 496-8282
                                      Dlkwass@smbb.com

**BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.**

*/s/ Seth A. Katz., Esq.*
Seth A. Katz, Esq.
(*Pro Hac Vice Forthcoming*)
Sarah H. Boelts, Esq.
(*Pro Hac Vice Forthcoming*)
40 Inverness Drive East
Englewood, CO 80112
Phone: (303) 792-5595
Fax: (303) 708-0527
skatz@burgsimpson.com
sboelts@burgsimpson.com

David C. Harman, Esq.
(*Pro Hac Vice Forthcoming*)
201 East 5th St., Suite 1340
Cincinnati, OH 45202
Phone: (513) 852-5600
Fax: (513) 852-5611
dharman@burgsimpson.com

*Attorneys for Plaintiffs*